IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

CLEAN WATER ACTION COUNCIL OF
NORTHEASTERN WISCONSIN, INC.,

        Plaintiffs,

        v.

UTICA ENERGY, LLC,

        Defendant.

Case No.

---

**CERTIFICATE OF INTEREST
CLEAN WATER ACTION COUNCIL OF NORTHEASTERN WISCONSIN, INC.**

---

The undersigned, counsel of record for Clean Water Action Council of Northeastern Wisconsin, Inc., plaintiff, furnishes the following list in compliance General Local Rule 83.9.

(1)     The full name of every party or amicus the attorney represents in a case:

        Clean Water Action Council of Northeastern Wisconsin, Inc.

(2)     If such party or amicus is a corporation:

        Not Applicable

(3)     The names of all law firms whose partners or associates appear for a party or are expected to appear for the party in this Court.

        MIDWEST ENVIRONMENTAL ADVOCATES, INC.
        551 W. Main Street, Suite 200
        Madison, WI 53703

        _____
        Karen M. Schapiro, Esq.
        Wisconsin Bar No. 1022172

04/09/09
Date